# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RANDALL BUNKER, | NO. ED CV 18-283-E |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: November 14, 2018.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE